# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2025 KW 0269

VERSUS

JEVON TRIA MITCHELL                                     **JUNE 16, 2025**

---

In Re:    Jevon Tria Mitchell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 549487.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT